

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 12, 2022

**BY ECF**
Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** *United States v. Hernandez Yaneris*, **22 Crim. 439 (JPO)**

Dear Judge Oetken:

The parties write jointly to seek a 60-day adjournment of the status conference currently scheduled for December 19, 2022 because the parties are discussing a pretrial resolution.

The Government also respectfully requests that time be excluded under the Speedy Trial Act between December 19 and the date of the next conference. An exclusion of time under the Speedy Trial Act is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will enable the defendant to review discovery and the parties to discuss a pre-trial resolution. 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to the exclusion of time.

> Granted. The December 19, 2022 pretrial conference is adjourned to February 22, 2023 at 11:00 am. The Court hereby excludes time through February 22, 2023, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered: 12/13/2022

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Kevin Mead*
    Kevin Mead
    Samuel Rothschild
    Assistant United States Attorneys
    (212) 637-2211/2504

_____
J. PAUL OETKEN
United States District Judge