**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 3, 2023

By ECF

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    **United States v. Yaneris Hernandez**
                **22 CR 439 (JPO)**

Dear Judge Oetken:

    With the consent of the Government, I write to respectfully request that the Court extend the Defense sentencing submission from August 3, 2023 to Monday, August 7, with a corresponding extension of the Government submission deadline to August 14. The defense recently completed a two-week training out of office and needs extra time to finish gathering sentencing materials on Ms. Hernandez's behalf.

    As noted, the Government consents to this request.

                                      Respectfully submitted,

                                      ___/s/_____
                                      Zawadi Baharanyi
                                      Assistant Federal Defender
                                      212-417-8735

                  **SO ORDERED:**

                  _____
                  J. PAUL OETKEN
                  United States District Judge

8/4/2023

**United States District Judge**

cc: Kevin Mead
    Assistant United States Attorney
    (by ECF)