**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

August 24, 2023

**VIA ECF**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    **United States v. Yaneris Hernandez**
           **22 Cr. 439 (JPO)**

Dear Judge Oetken:

    I write to request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Ms. Yaneris Hernandez's passport to Ms. Hernandez, or to a representative from my office. Ms. Hernandez's passport was surrendered to Pretrial Services during the pendency of her criminal case. On August 17, 2023, Ms. Hernandez received a sentence of time served, followed by three years of supervised release. Pretrial Services has informed my office that they can only release Ms. Hernandez's passport pursuant to a Court order. We thus respectfully request that the Court order the release of her passport.

    Respectfully submitted,

    /s/ Zawadi Baharanyi
    Zawadi Baharanyi, Esq.
    Assistant Federal Defender
    Tel.: (212) 417-8735

**SO ORDERED:**

8/24/2023

_____
J. PAUL OETKEN
United States District Judge